Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEAN M. BURKS, an individual;<br><br>Plaintiff;<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. a foreign corporation; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC, a foreign-limited liability company;<br><br>Defendants. | Case No.: 2:17-cv-02861-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE**<br><br>ECF No. 15 |

Plaintiff, Jean M. Burks ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to the action between Plaintiff and Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 5, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 5, 2018

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, and because the dismissal of the claim against Trans Union ends all claims in this case, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 5, 2018